# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT LEE CHEETER**                                                                              **PLAINTIFF**

**v.**                              **No. 4:15–CV–089-SWW–JTK**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                  **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Jerome T. Kearney. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Cheeter's lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 5th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE