IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT LEE CHEETER**                                                                       **PLAINTIFF**

v.                            No. 4:15–CV–089-SWW–JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, Plaintiff Robert Lee Cheeter's appeal is dismissed, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

IT IS SO ORDERED this 5th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE